## UNITED STATES BANKRUPTCY COURT

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

---

In Re: Paula J. Bubello
      Debtor

Case No.: 11–10320–JMD

Chapter: 7

---

## ORDER GRANTING MOTION FOR RELIEF

A motion for relief from the automatic stay was filed by US Bank (Ct. Doc. No. 15) ("the Motion") pursuant to 11 U.S.C. § 362(d) in this Chapter 7 case. The Motion was duly noticed upon all parties concerned with the matter to which said Motion pertains. No objection nor responsive pleading in opposition to the Motion was filed by the scheduled answer date. Accordingly it is hereby ORDERED:

1. The Motion is GRANTED.

2. Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), this order granting relief is stayed for 14 days.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which the Court has jurisdiction of the subject matter and the parties.

Dated: 5/19/11

                                              /s/ J. Michael Deasy
                                              J. Michael Deasy
                                              Bankruptcy Judge